# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10 using IP address 73.21.204.220,<br><br>Defendants. | No. C17-1911 RSM<br><br>ORDER GRANTING MICROSOFT'S MOTION TO VACATE DEADLINES IN ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT |

This matter comes before the Court on Plaintiff Microsoft Corporation ("Microsoft")'s Motion to Vacate Deadlines in the Court's Order Regarding Initial Disclosures, Joint Status Report and Early Settlement (Dkt. #11). Having reviewed the complaint and the papers filed in connection with this matter, the Court finds good cause to grant Microsoft's Motion and vacate the following deadlines.

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | 2/1/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 2/8/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 2/15/2018 |

The Court shall issue an updated scheduling order after the John Doe Defendant(s) have been identified.

MICROSOFT'S MOTION TO VACATE DEADLINES
(No. 2:17-cv-01911-RSM) — 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 26th day of January 2018.

                                      RICARDO S. MARTINEZ
                                      CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff Microsoft Corp.*

By  *s/ James H. Wendell*
    Bonnie E. MacNaughton, WSBA #36110
    James H. Wendell, WSBA #46489
    1201 Third Avenue, Suite 2200
    Seattle, WA  98101-3045
    Telephone: (206) 622-3150
    Fax: (206)757-7700
    Email: BonnieMacNaughton@dwt.com
           JamieWendell@dwt.com

MICROSOFT'S MOTION TO VACATE DEADLINES
(No. 2:17-cv-01911-RSM) — 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax